**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Staci Lynn Barkley a/k/a Staci L. Wagner<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-22945 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A., f/k/a Bank One, National Association as Trustee for Centex Home Equity Loan Trust 2001-B and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*
PA Western BK
06 Jun 2024, 09:09:00, EDT

Denise Carlon, Esq. (317226)   ☐
Brent Lemon, Esq. (86478)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com