File No.: 12160

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-22945 GLT |
| | : | |
| Staci Lynn Barkley, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Daniel R. White and Tremba, Kinney, Greiner & Kerr, LLC, | : | |
| | : | |
| Applicants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

## CERTIFICATION OF NO OBJECTION OF APPLICATION OF DANIEL R. WHITE AND TREMBA, KINNEY, GREINER & KERR, LLC   FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtor filed on February 5, 2025, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon.  Pursuant to the Notice of Hearing, objections were to be filed and served no later than February 24, 2025.

It is hereby respectfully requested that the Order attached to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtor be entered by the Court.

Dated: February 25, 2025

TREMBA, KINNEY, GREINER & KERR, LLC
BY:

/s/ Daniel R. White

PA ID: 78718
Tremba, Kinney, Greiner & Kerr, LLC
1310 Morrell Avenue
Connellsville, PA 15425
724-628-7955
dwhite@westpalawyers.com
Attorney for Debtor