FILED
3/13/25 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  18-22945-GLT |
| | : | Chapter:    13 |
| Staci Lynn Barkley | : | |
| | : | |
| | : | Date:  3/12/2025 |
| *Debtor(s)*. | : | Time:  10:00 |

## PROCEEDING MEMO

**MATTER:**   # 94 Motion to Dismiss Case filed by ch.13 trustee
  # 99 - Response filed by the Debtor

**APPEARANCES:**
  Debtor:   Daniel R. White
  Trustee:   Owen Katz

[10:03]
***NOTES:***

Katz: We received $500 on February 28, 2025. What we need to complete the plan is dependent on the fee application amounts. The debtor's counsel submitted a fee application of $2,876.82. If we honor that, we will need $3,797 to complete the plan. If we cap the fees at $2,000, then we need $2,961 to complete.

White: The debtor believes she can pay the full amount at the end of May. If she cannot make the payments, we will consider taking the reduced fee. I have been trying to review her TFS account regarding her full payment. She recently went part time at work and started taking courses, so her finances may be in flux.

***OUTCOME:***

1. The *Trustee's Motion to Dismiss* [Dkt. No. 94] is **CONTINUED** to May 14, 2025 at 9 a.m.[Text order]

2. On or before April 11, 2025, the debtor shall file a status report confirming whether any additional plan payments were made to the trustee in March. The status report should include an attachment from the chapter 13 trustee's payment records.[Text order]

**DATED:** 3/12/2025