FILED
4/22/25 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 18-22945-GLT |
| STACY LYNN BARKLEY, : | Chapter 13 |
| Debtor. : | Related Dkt. No. 105 |
| : | |
| RONDA J. WINNECOUR, : | |
| CHAPTER 13 TRUSTEE, : | |
| Movant, : | |
| v. : | |
| STACI LYNN BARKLEY, : | |
| Respondent. : | |

## ORDER SCHEDULING STATUS CONFERENCE

Based upon statements made on the record at the March 12, 2025 hearing, the Court issued a *Text Order* on March 14, 2025 requiring the Debtor to file a status report including a copy of the chapter 13 trustee's payment records [Dkt. No. 105]. The status report was due on or before April 11, 2025. A review of the docket indicates that as of the date of this *Order*, the Debtor has not filed the status report.

Based on the foregoing, it is hereby therefore **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. A status conference is scheduled for **April 30, 2025** at **10:30 a.m.** in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA. All parties that wish to appear at the status hearing via Zoom Video Conference may do so in compliance with Judge Taddonio's Procedures and must register by 4 p.m one business day before the hearing.

2. On or before **April 25, 2025**, the Debtor shall file any response.

3.  At the status conference, the Court will consider whether the trustee's motion to dismiss should be granted due to a perceived failure to provide additional plan payments.

Dated: April 22, 2025

_____
GREGORY N. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to serve</u>:
Debtor
Dan White, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22945-GLT |
| Staci Lynn Barkley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Staci Lynn Barkley, P.O. Box 363, Bolivar, PA 15923-0363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 24, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor The Bank of New York Mellon bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Daniel R. White | on behalf of Debtor Staci Lynn Barkley r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK  as successor in interest to JPMorgan Chase B dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK  as successor in interest to JPMorgan Chase B wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

    on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com

TOTAL: 8