IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/30/25 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-22945-GLT |
| | : | Chapter: | 13 |
| Staci Lynn Barkley | : | | |
| | : | | |
| | : | Date: | 4/30/2025 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   Status Conference: # 105 - Debtor's failure to comply with the Court's
March 14, 2025 Text Order
[Response due 4/25/25]

**APPEARANCES**:
  Debtor:   Daniel R. White
  Trustee:   Ronda J. Winnecour

[11:17]
**NOTES:**

White: The debtor in this case was very optimistic when we proposed the curative plan payments, but has not lived up to the excitement and has not made any plan payments at all since. No payments have been made from February. I received a call from the debtor believing that the case had already been dismissed. It had not at the time. Yesterday we received notice that she made a payment through TFS of $400. We have no defense to dismissal.

Winnecour: We request dismissal of the case.


**OUTCOME:**

1. The status conference dated April 30, 2025 [ Dkt. No. 105] is **CONCLUDED**. [Text order]

2. The Trustee's Oral Motion to Dismiss is **GRANTED**. The May 15, 2025 hearing is **CANCELLED**. [H.T. to issue system order]


**DATED:** 4/30/2025