**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| STACI LYNN BARKLEY | Case No.:18-22945 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/25/2018 and confirmed on 08/30/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,936.31 |
| Less Refunds to Debtor | 995.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,940.80 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 2,422.83 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,422.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 33,947.00 | 0.00 | 33,947.00 |
|   Acct: 3350 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 7,570.97 | 7,570.97 | 0.00 | 7,570.97 |
|   Acct: 3350 | | | | |
| | | | | 41,517.97 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STACI LYNN BARKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STACI LYNN BARKLEY | 995.51 | 995.51 | 0.00 | 0.00 |
|   Acct: | | | | |
| JERRY PURCELL ESQ++ | 316.81 | 316.81 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANIEL R WHITE ESQ(++) | 3,683.19 | 3,683.19 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 18-22945 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| ZEBLEY MEHALOV & WHITE PC(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ | 2,785.83 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5-25 | | | | |

\* \* \* N O N E \* \* \*

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | 5,349.05 | 0.00 | 0.00 | 0.00 |
| Acct: 7414 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 8,432.57 | 0.00 | 0.00 | 0.00 |
| Acct: 8485 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4344 | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 41,517.97 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 7,570.97 |
| UNSECURED | 13.781.62 |

Date: 06/09/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com